

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00681-CV

**THE TEXAS STATE OFFICE OF ADMINISTRATIVE HEARINGS**,
Appellant

v.

Carol **BIRCH**, Charles Homer, Ann Landeros, and Carol Wood,
Appellees

From the 419th District Court, Travis County, Texas
Trial Court No. D-1-GN-09-004285
The Honorable Gisela D. Triana–Doyal, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED IN PART AND REVERSED AND RENDERED IN PART**. Specifically, we **AFFIRM** the portion of the trial court's judgment denying the plea to the jurisdiction as to the following claims: (1) Carol Wood's age and gender discrimination claims; (2) Carol Birch's age and gender discrimination claims; and (3) Carol Birch's retaliation claim based on the protected activity of seeking a disability accommodation. We **REVERSE** the portion of the trial court's judgment denying the plea to the jurisdiction as to the following claims and **RENDER** judgment they be dismissed: (1) all of Ann Landeros's claims; (2) all of Charles Homer's claims; (3) Carol Wood's retaliation claim; (4) Carol Birch's disability discrimination claim; and (5) Carol Birch's retaliation claim based on the protected activity of reporting disparate treatment of a protected class.

We order that each party bear its own costs of appeal.

SIGNED July 24, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice